## 12310.   DAVIS v. MESLER.

PER CURIAM.  This case having, upon its call, been submitted to this court subject to the payment of costs and the admission to the bar of this court of the attorneys appearing for the plaintiff in error, within ten days, and no compliance having been made with either of these conditions, the bill of exceptions is hereby

Dismissed.   *Jenkins, P. J., and Stephens and Hill, JJ., concur.*

DECIDED AUGUST 3, 1921.

Certiorari; from Bibb superior court — Judge Mathews.  January 22, 1921.

*C. R. Johnson, Clements & Clements,* for plaintiff in error.

*Miller & Garrett,* contra.